```
                              FILED
                         GREAT FALLS DIV.
                         2008 DEC 29 PM 12 37
                         PATRICK E. DUFFY, CLERK
                         BY _____
                              DEPUTY CLERK
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| GAIL RUTHERFORD, natural mother, and Guardian for and on behalf of Alyssa Little, a minor child, | CV 08-44-GF-SEH |
| Plaintiff, | ORDER |
| vs. | |
| UNITED STATES OF AMERICA, Department of Human Health Services, through Indian Health Services, Stephen Wegner M.D., Teri Hensley M.D. and Paul Settler PAC, and John and Jane Does I-V as yet unidentified. | |
| Defendants. | |

Based upon the foregoing stipulation of the parties and good cause appearing therefor;

IT IS HEREBY ORDERED that the Department of Human Health Services through the Indian Health Services, and the individual named defendants are dismissed in this matter and the caption shall reflect the United States of America as the lone defendant.

DATED this 29th day of December, 2008.

SAM E. HADDON
United States District Judge